IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Phillip S. Figa

Civil Action No. 06-cv-01141-PSF-CBS

MARK R. LENGA,

    Plaintiff,

v.

LAURENCE M. CANADAY; and
DORIS CANADAY,

    Defendants.

## ORDER OF REMAND

In its Order to Show Cause (Dkt. # 6) issued June 21, 2006, the Court *sua sponte* raised concerns that this action was improperly removed from Larimer County District Court. It ordered the *pro se* defendants to show cause why this case should not be remanded to the state court wherein it was originally brought. Having considered the response by Defendant Laurence M. Canaday on behalf of himself and Defendant Doris Canaday (Dkt. # 7), the Court is convinced that the case was improperly removed from state court for the reasons set forth in the Order to Show Cause.

It is therefore ORDERED that this civil action is hereby REMANDED to Larimer County, Colorado District Court due to a lack of removal jurisdiction by this Court.

DATED: June 30, 2006

BY THE COURT:

*s/ Phillip S. Figa*

_____
Phillip S. Figa
United States District Judge